Joseph D. Steward, III (337385)
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
jsteward@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSITA DA COSTA,** | ) Case No.: 8:21-cv-00192-JLS-JDE |
| **Plaintiff,** | ) |
| v. | ) |
| **AMERICAN SUPPORT NETWORK, LLC,** | ) |
| **Defendant.** | ) |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT AMERICAN SUPPORT NETWORK, LLC

Pursuant to Rule 55(b), Plaintiff, Rosita Da Costa (hereinafter referred to as "Plaintiff"), files a motion for an entry of default judgment against Defendant American Support Network, LLC (hereinafter referred to as "Defendant"). The

basis for that motion for default judgment is set forth in the accompanying Memorandum of Law, along with the supporting Certification and Exhibits[1].

As set forth therein, where Defendant has been served with Plaintiff's Complaint and has failed to respond in the time allotted by the Rules of Civil Procedure, and the Clerk has Entered default against Defendant, an Order of Default Judgment against Defendant is warranted.  Plaintiff moves this Honorable Court for an Order of Default Judgment in the amount of $21,000.00

Respectfully submitted,

Kimmel & Silverman, P.C.

By: /s/ Joseph D. Steward, III
Joseph D. Steward, III, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: teamkimmel@creditlaw.com

**CERTIFICATION OF IMPOSSIBILITY TO CONFER**

I, Joseph D. Steward, III, Esq. hereby certify that I could not confer with Defendant American Support Network, LLC as to this default judgment motion, as no counsel has entered appearance on that Defendant's behalf.

---

[1] Plaintiff apologizes to this Honorable Court for the delay in filing this Motion and supporting documents.  Plaintiff will supplement this Motion with the supporting documents shortly after the filing of this current Motion.

*/s/ Joseph D. Steward, III*

## CERTIFICATE OF SERVICE

I, Joseph D. Steward, III hereby certify that a true and correct copy of the memorandum in support of default judgment motion was electronically filed with the Clerk of Court and transmitted to all parties of record via ECF and sent to Defendant American Support Network, LLC at:

American Support Network, LLC
26895 Aliso Creek Road, B#321
Aliso Viejo, CA 92656

Date: February 24, 2022          By:   */s/ Joseph D. Steward, III*