UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:21-cv-00192-JLS-JDE   Date: February 28, 2022
Title:  Rosita Da Costa v. American Support Network, LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                            Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER STRIKING PURPORTED "MOTION" FOR DEFAULT JUDGMENT (Doc. 24) AND DISMISSING ACTION**

   Before the Court is a document styled as Plaintiff Rosita Da Costa's Motion for Default Judgment Against Defendant American Support Network, LLC.  (Mot., Doc. 24.)  Because it is patently deficient as a motion, the Court declines to consider it.

   On July 23, 2021, this Court discharged its previous Order to Show Cause re Failure to Prosecute and ordered the filing of a motion for default judgment by August 13, 2021.  (Doc. 19.)  Plaintiff failed to timely file any motion and, instead, belatedly filed a motion for an extension of time in which to file a motion for default judgment.  (Doc. 21.)  On February 10, 2022, the Court granted Plaintiff's Motion for an extension.  (Order, Doc. 23.)  In the Order, the Court noted that "Plaintiff shall file a motion for default judgment against Defendant, American Support Network, LLC by Wednesday, February 23, 2022" that complies "with all of the requirements set forth on this Court's procedures page" such as addressing the factors provided in *Eitel v. McCool*, 782 F.2d 1470 (9th Cir. 1986).  (*Id.* at 2.)  The Court further provided that "[f]ailure to timely file a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:21-cv-00192-JLS-JDE      Date: February 28, 2022
Title: Rosita Da Costa v. American Support Network, LLC

motion for default judgment will result in the dismissal of this action and closing of the case without further notice." (*Id.*)

Here, Plaintiff's filing did not comply with this Court's Order or the most fundamental rules governing motions. (*See*, *e.g.*, Central District Local Rule 7-5.) Instead, Plaintiff filed a four-sentence notice of motion that claimed to have an accompanying memorandum of points and authorities. It did not. And the absence of any accompanying memorandum was not an oversight, as the notice included a footnote stating that Plaintiff "will supplement this Motion with the supporting documents shortly after the filing of this current Motion."

Having provided Plaintiff with numerous opportunities to prosecute this action and comply with the Court's orders, and having clearly advised Plaintiff that failure to comply with the Court's last order would result in the immediate dismissal of this case and the closing of the case, the Court now strikes the deficient filing, dismisses the action, and orders the clerk to administratively close this case.

                                                    Initials of Deputy Clerk: mku